# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Allied World Specialty Insurance Company, ) ) ) Plaintiff, ) ) v. ) Donald Keith Ellison, ) ) Defendant. ) ) ) ) ) | No.: 1:23-cv-00751-GBW |

## DEFENDANT'S MOTION TO DISMISS

Defendant Donald Keith Ellison hereby moves to dismiss Plaintiff Allied Word Specialty Insurance Company's Complaint under Federal Rule of Civil Procedure 12(b)(6) for failing to state a claim for which relief can be granted. The grounds for this Motion are set forth in Defendant's opening brief.

/s/ *Thomas A. Uebler*
Thomas A. Uebler (#5074)
Sarah P. Kaboly (#6673)
MCCOLLOM D'EMILIO SMITH UEBLER LLC
2751 Centerville Road, Suite 401
Wilmington, DE 19808
(302) 468-5960
tuebler@mdsulaw.com
skaboly@mdsulaw.com

Jacob J. Waldman (*pro hac vice* forthcoming)
Leigha Empson (*pro hac vice* forthcoming)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
(212) 849-7000
jacobwaldman@quinnemanuel.com
leighaempson@quinnemanuel.com

*Attorneys for Defendant Donald Keith Ellison*

September 13, 2024